**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Darryl Jeffrey Thomas aka Darryl J. Thomas, Sr. | CHAPTER 13 |
| Kesia Maria Thomas | BKY. NO. 18-10837 amc |
| Debtor(s) | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Global Lending Servicers LLC and index same on the master mailing list.

    Respectfully submitted,

**/s/Kevin G. McDonald, Esquire**
Kevin G. McDonald, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322 FAX (215) 627-7734