IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>DARRYL JEFFREY THOMAS and<br>KESIA MARIA THOMAS,<br><br><br>Debtors,<br><br>CONSUMER PORTFOLIO SERVICES, INC.<br><br>Movant,<br><br>v.<br>DARRYL JEFFREY THOMAS,<br>KESIA MARIA THOMAS, and<br>WILLIAM C. MILLER, Chapter 13 Trustee.<br><br>Respondents. | Bankruptcy No. 18-10837-amc<br><br>Chapter 13<br><br>Related to Doc. No. 22 |

NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

  Consumer Portfolio Services, Inc. has filed a Motion for Relief from the Automatic Stay with the Court to life the automatic stay regarding the 2012 Dodge Truck Grand Caravan Extended Passenger Van SXT 3.6L V6 VIN 2C4RDGCG5CR323838.

**Your rights may be affected.**  **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

  1.  If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before Monday, May 28, 2018, you or your attorney must do **all** of the following:

    (a)  file an answer explaining your position at:

      Clerk, U.S. Bankruptcy Court
      Robert C. Nix Bldg. Suite 201
      900 Market Street
      Philadelphia, PA  19107

  If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b)  mail a copy to the movant's attorneys:

>Keri P. Ebeck, Esquire
>Bernstein-Burkley, P.C.
>Suite 2200, Gulf Tower
>Pittsburgh, PA  15219

2. If you or your attorney do not take these steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Ashely M. Chan on **Tuesday, June 5, 2018 at 11:00 A.M.** in Courtroom #5, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

>Respectfully submitted,
>
>BERNSTEIN-BURKLEY, P.C.
>
>By: /s/ Keri P. Ebeck
>Keri P. Ebeck, Esq.
>PA I.D. #91298
>kebeck@bernsteinlaw.com
>Suite 2200, Gulf Tower
>Pittsburgh, PA 15219
>Phone (412) 456-8112
>Fax: (412) 456-8135
>
>*Counsel for Consumer Portfolio Services, Inc.*

Dated:  May 10, 2018