IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: <br><br> DARRYL JEFFREY THOMAS and <br> KESIA MARIA THOMAS, <br><br><br> Debtors, <br><br> CONSUMER PORTFOLIO SERVICES, INC. <br><br> Movant, <br><br>     v. <br> DARRYL JEFFREY THOMAS, <br> KESIA MARIA THOMAS, and <br> WILLIAM C. MILLER, Chapter 13 Trustee. <br><br> Respondents. | Bankruptcy No. 18-10837-amc <br><br> Chapter 13 <br><br> Related to Doc. Nos. 22 and 23 |

CERTIFICATE OF SERVICE

      I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, that on the 10th day of May, 2018, I served a copy of the Motion for Relief from the Automatic Stay (filed at Document No. 22) and a copy of the Notice of Motion, Response Deadline and Hearing Date on Motion (filed at Document No. 23) by first class U.S. Mail, postage prepaid or electronic mail at the following addresses:

Darryl Jeffrey Thomas
Kesia Maria Thomas
204 W. 23rd Street
Chester, PA 19013

and:

| | |
|---|---|
| Robert H. Holber, Esq. | rholber@holber.com |
| William C. Miller, Ch. 13 Trustee | ecfemails@ph13trustee.com |
| | philaecf@gmail.com |
| Office of the United States Trustee | ustpregion03.ph.ecf@usdoj.gov |

By: /s/ Keri P. Ebeck
Keri P. Ebeck, Esq.
PA I.D. #91298
kebeck@bernsteinlaw.com
Suite 2200, Gulf Tower
Pittsburgh, PA 15219
Phone (412) 456-8112
Fax: (412) 456-8135

*Counsel for Consumer Portfolio Services, Inc.*