IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
    DARRYL J. THOMAS               :    No. 18-10837
    KESIA M. THOMAS                :

           Debtor(s)                 :    Chapter 13

O R D E R

AND NOW, this **29th** day of **May,** 2018, upon consideration of Debtor's Objection to Proof of claim, it is hereby ORDERED that the claim of One Main Financial Group, LLC is Disallowed.

                                           By the court:

                                           _____
                                           Ashely M. Chan
                                           Bankruptcy Judge

Copies to:

Robert H. Holber, Esquire  
41 East Front Street  
Media, Pa 19063

One Main Financial Group, LLC  
One Main  
P.O. Box 3251  
Evansville, IN 47731

Darryl & Kesia Thomas  
204 West 23rd Street  
Chester, PA 19013

William C. Miller, Esquire  
Chapter 13 Trustee  
P.O. Box 40119  
Philadelphia, PA 19106-0119