IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>DARRYL JEFFREY THOMAS and<br>KESIA MARIA THOMAS,<br><br><br>Debtors,<br><br>CONSUMER PORTFOLIO SERVICES, INC.<br><br>Movant,<br><br>v.<br>DARRYL JEFFREY THOMAS,<br>KESIA MARIA THOMAS, and<br>WILLIAM C. MILLER, Chapter 13 Trustee.<br><br>Respondents. | Bankruptcy No. 18-10837-amc<br><br>Chapter 13<br><br>Related to Document No. 22 |

## CERTIFICATE OF NO OBJECTION OR RESPONSE
## TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay, filed at Doc. No. 22 and served on the Respondents herein, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the motion appears thereon. Pursuant to the Notice of Hearing, objections to the motion were to be filed and served no later than May 28, 2018.                .

    It is hereby respectfully requested that the Order attached to the Movant's Motion for Relief from the Automatic Stay be entered by the Court.

Dated: May 30, 2018

Respectfully submitted,

By: /s/ Keri P. Ebeck
Keri P. Ebeck, Esq.
PA I.D. #91298
kebeck@bernsteinlaw.com
Suite 2200, Gulf Tower
Pittsburgh, PA 15219
Phone (412) 456-8112
Fax: (412) 456-8135

*Counsel for Consumer Portfolio Services, Inc.*