United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-10837-amc
Darryl Jeffrey Thomas                                                   Chapter 13
Kesia Maria Thomas
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: John                Page 1 of 1             Date Rcvd: May 29, 2018
                              Form ID: pdf900           Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 31, 2018.
db/jdb         +Darryl Jeffrey Thomas,   Kesia Maria Thomas,   204 W. 23rd Street,   Chester, PA 19013-4930

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov May 30 2018 02:06:37     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 30 2018 02:06:12
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 30 2018 02:06:23     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com May 30 2018 02:02:24     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14056764        E-mail/PDF: cbp@onemainfinancial.com May 30 2018 02:02:31     ONEMAIN,   PO BOX 3251,
                 EVANSVILLE, IN. 47731-3251
                                                                                               TOTAL: 5

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 29, 2018 at the address(es) listed below:
              JEROME B. BLANK    on behalf of Creditor    OCWEN LOAN SERVICING, LLC paeb@fedphe.com
              KERI P EBECK    on behalf of Creditor    Consumer Portfolio Services, Inc. kebeck@bernsteinlaw.com,
               DMcKay@bernsteinlaw.com
              KEVIN G. MCDONALD    on behalf of Creditor    Global Lending Servicers LLC bkgroup@kmllawgroup.com
              ROBERT H. HOLBER    on behalf of Joint Debtor Kesia Maria Thomas rholber@holber.com
              ROBERT H. HOLBER    on behalf of Debtor Darryl Jeffrey Thomas rholber@holber.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                               TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
    DARRYL J. THOMAS             :    No. 18-10837
    KESIA M. THOMAS              :
                                      :
                                      :
        Debtor(s)                 :    Chapter 13

## O R D E R

AND NOW, this **29th** day of **May**, 2018, upon consideration of Debtor's Objection to Proof of claim, it is hereby ORDERED that the claim of One Main Financial Group, LLC is Disallowed.

By the court:

_____
Ashely M. Chan
Bankruptcy Judge

Copies to:

Robert H. Holber, Esquire
41 East Front Street
Media, Pa 19063

One Main Financial Group, LLC
One Main
P.O. Box 3251
Evansville, IN 47731

Darryl & Kesia Thomas
204 West 23rd Street
Chester, PA 19013

William C. Miller, Esquire
Chapter 13 Trustee
P.O. Box 40119
Philadelphia, PA 19106-0119