United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                           Case No. 18-10837-amc
Darryl Jeffrey Thomas                                                            Chapter 13
Kesia Maria Thomas
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: John                Page 1 of 1              Date Rcvd: Jun 13, 2018
                              Form ID: pdf900           Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 15, 2018.
db/jdb         +Darryl Jeffrey Thomas,    Kesia Maria Thomas,    204 W. 23rd Street,    Chester, PA 19013-4930
14052380       +Global Lending Service,    1200 Brookfield Blvd,    Greenville, SC 29607-6583
14104543       +Global Lending Servicers LLC,    c/o KEVIN G. MCDONALD,    KML LAW GROUP, P.C.,
                 701 Market St. Suite 5000,    Philadelphia, PA 19106-1541
14058685       +Global Lending Services LLC,    1200 Brookfield Blvd Ste 300,
                 Greenville, South Carolina 29607-6583

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jun 14 2018 01:46:36      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 14 2018 01:46:17
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 14 2018 01:46:28      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jun 14 2018 01:52:21      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 4

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 13, 2018 at the address(es) listed below:
              JEROME B. BLANK    on behalf of Creditor    OCWEN LOAN SERVICING, LLC paeb@fedphe.com
              KERI P EBECK    on behalf of Creditor    Consumer Portfolio Services, Inc. kebeck@bernsteinlaw.com,
               DMcKay@bernsteinlaw.com
              KEVIN G. MCDONALD    on behalf of Creditor    Global Lending Servicers LLC bkgroup@kmllawgroup.com
              ROBERT H. HOLBER    on behalf of Joint Debtor Kesia Maria Thomas rholber@holber.com
              ROBERT H. HOLBER    on behalf of Debtor Darryl Jeffrey Thomas rholber@holber.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Darryl Jeffrey Thomas aka Darryl J. Thomas, Sr. Kesia Maria Thomas<br>                    Debtors | CHAPTER 13 |
| Global Lending Servicers LLC<br>                    Movant<br>            vs. | NO. 18-10837 AMC |
| Darryl Jeffrey Thomas aka Darryl J. Thomas, Sr. Kesia Maria Thomas<br>                    Debtor | 11 U.S.C. Section 362 |
| William C. Miller Esq.<br>                    Trustee | |

### STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearage on the mortgage held by the Movant on the Debtors' vehicle is $2,715.20, which breaks down as follows:

Post-Petition Payments:        March 2018 to June 2018 in the amount of $678.80/month
Total Post-Petition Arrears    $2,715.20

2. The Debtor(s) shall cure said arrearages in the following manner:

a). Beginning on July 1, 2018 and continuing through December 1, 2018, until the arrearages are cured, Debtor(s) shall pay the present regular monthly payment of $678.80 on the vehicle (or as adjusted pursuant to the terms of the Vehicle Retail Installment Contract) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month), plus an installment payment of $452.54 from July 2018 to November 2018 and $452.50 for December 2018 towards the arrearages on or before the last day of each month at the address below;

> Global Lending Servicers LLC
> P.O. Box 935538
> Atlanta, GA 31193
> 1-888-798-3783

b). Maintenance of current monthly loan payments to the Movant thereafter.

3. Should debtor(s) provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

4. In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, the Movant shall notify Debtor(s) and Debtors' attorney of the default in writing and the Debtors may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor(s) should fail to cure the default within fifteen (15) days, the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting the Movant relief from the automatic stay.

5. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

6. If the case is converted to Chapter 7, the Movant shall file a Certification of Default with the court and the court shall enter an order granting the Movant relief from the automatic stay.

7. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8. The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the loan and applicable law.

9. The parties agree that a facsimile signature shall be considered an original signature.

Date: June 5, 2018

By: /s/ Kevin G. McDonald, Esquire
Kevin G. McDonald, Esquire

Darryl Jeffrey Thomas
Date: 6/7/18

Robert H. Holber, Esquire
Attorney for Debtor(s)

Kesia Maria Thomas

Date: 6/7/18

JACK William C. Miller
Chapter 13 Trustee

Approved by the Court this 12th day of June, 2018. However, the court retains discretion regarding entry of any further order.

Bankruptcy Judge
Ashely M. Chan