IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DARRYL JEFFREY THOMAS<br>KESIA MARIA THOMAS | : CHAPTER 13<br>:<br>: |
| Debtor(s) | : BANKRUPTCY NO. 18-10837 |

## CERTIFICATION OF SERVICE

I, Robert H. Holber, Esquire, Counsel for Debtor(s), hereby certify that I served a copy of the Amended Chapter 13 Plan upon the U.S. Trustee's Office, William C. Miller, Esquire, Chapter 13 Trustee, Debtor(s), Darryl Jeffrey & Kesia Maria Thomas , and all secured and priority creditors by first-class mail, postage prepaid and/or electronic means on July 6, 2018.

Date: 7/6/18            By: _____
                             Robert H. Holber, Esquire
                             Attorney for Debtor(s)