IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
DARRYL JEFFREY THOMAS
A/K/A DARRYL J. THOMAS, SR
KESIA MARIA THOMAS

Debtors

CHAPTER 13

BK. No. 18-10837 AMC

## STIPULATION IN SETTLEMENT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY

It is hereby stipulated by and between Phelan Hallinan Diamond & Jones, LLP, counsel for the Movant, OCWEN LOAN SERVICING, LLC, and ROBERT H. HOLBER, Esquire, counsel for the Debtors, as follows:

1. The Automatic Stay as provided by Section 362 of the Bankruptcy Code shall remain in full force and effect conditioned upon the terms and conditions set forth herein.

2. This Stipulation pertains to the property located at 204 WEST 23RD STREET, CHESTER, PA 19013-4930, mortgage account ending with "6724".

3. The parties agree that the total post-petition arrearage consists of five (5) monthly payments for the months of March 2018 through July 2018 at $1,128.19 each; attorney fees and costs in the amount of $1,031.00; resulting in the total post-petition arrearage amount of $6,671.95.

4. Beginning August 1, 2018, Debtors shall commence payment of the regular monthly mortgage payment in the amount of $1,128.19, plus the additional payment in the amount of $1,112.00, for a total monthly payment amount of $2,240.20.

5. Beginning September 1, 2018, Debtors shall commence payment of the regular monthly mortgage payment in the amount of $1,128.19, plus the additional payment in the amount of $1,111.99, for a total monthly payment amount of $2,240.18. The Debtors will continue to pay this amount each month from September 1, 2018 through and including January 1, 2019 to cure the aforementioned post-petition arrearage. All subsequent monthly payments and late charges shall be due in accordance with the terms of the Mortgage. All payments made pursuant to this Stipulation shall be by certified check or money order payable to OCWEN LOAN SERVICING, LLC, Attn: Cashiering Department, 1661 WORTHINGTON ROAD, SUITE 100, WEST PALM BEACH, FL 33409.

6. If Debtors provide sufficient proof (front and back copies of checks or money orders) of payments made, but not already credited, the account will be adjusted accordingly.

7. Should the Debtors fail to make any of the above captioned payments, or if any regular monthly mortgage payment commencing after the cure of the post-petition delinquency is more than fifteen (15) days late, Movant shall send Debtors and counsel a written Notice of Default of this Stipulation. If the default is not cured within ten (10) days of the date of the Notice, counsel shall file a Certification of Default with the Court and the Court shall enter an Order granting relief from the Automatic Stay waiving FED. R. Bankr. P. 3002.1 and waiving Rule 4001 (a)(3) so that the Relief Order is immediately effective and enforceable.

8. In the event the Debtors convert to a Chapter 7 during the pendency of this bankruptcy case, the Debtors shall cure all arrears within ten (10) days from the date of conversion in order to bring the loan contractually current. Should the Debtors fail to bring the loan contractually current, Movant shall send Debtors and counsel a written Notice of Default of this Stipulation. If the default is not cured within ten (10) days of the date of the Notice, counsel shall file a Certification of Default with the Court and the Court shall enter an Order granting relief from the Automatic Stay waiving FED. R. Bankr. P. 3002.1 and waiving Rule 4001 (a)(3) so that the Relief Order is immediately effective and enforceable.

9. Debtors' tendering of a check to OCWEN LOAN SERVICING, LLC, which is subsequently returned due to insufficient funds in the account upon which the check is drawn, shall not constitute payment as the term is used in this Stipulation.

10. The parties stipulate that Movant shall be permitted to communicate with the Debtors and Debtors' Counsel to the extent necessary to comply with applicable non-bankruptcy law.

11. The parties agree that a facsimile signature shall be considered an original signature.

Date:  June 28, 2018

_/s/_____
Jerome Blank, Esq.
Andrew L. Spivack, Esq.
Thomas Song, Esq.
Mario J. Hanyon, Esq.
Attorneys for Movant

_/s/_____
ROBERT H. HOLBER, ESQUIRE
Attorney for Debtor

_/s/_____
Darryl Jeffrey Thomas

7/2/18
Date

_/s/_____
Kesla Maria Thomas

7/2/18
Date

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
DARRYL JEFFREY THOMAS                           :    CHAPTER 13
A/K/A DARRYL J. THOMAS, SR                      :
KESIA MARIA THOMAS                              :    BK. No. 18-10837 AMC
        Debtors                       :

## ORDER

AND NOW, this 9th day of July, 2018, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

_____
ASHELY M. CHAN,
Bankruptcy Judge

WILLIAM C MILLER, ESQUIRE (TRUSTEE)
P.O. BOX 1229
PHILADELPHIA, PA 19105

ROBERT H. HOLBER, ESQUIRE
41 EAST FRONT STREET
MEDIA, PA 19063

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107

DARRYL J. THOMAS, SR
204 WEST 23RD STREET
CHESTER, PA 19013-4930

KESIA MARIA THOMAS
204 WEST 23RD STREET
CHESTER, PA 19013-4930