IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>DARRYL JEFFREY THOMAS and<br>KESIA MARIA THOMAS,<br><br>      Debtors,<br><br>CONSUMER PORTFOLIO SERVICES, INC.<br><br>      Movant,<br><br>  v.<br>DARRYL JEFFREY THOMAS,<br>KESIA MARIA THOMAS, and<br>WILLIAM C. MILLER, Chapter 13 Trustee.<br><br>      Respondents. | Bankruptcy No. 18-10837-amc<br><br>Chapter 13<br><br>Related to Document Nos. 41 & 43 |

ORDER OF COURT

AND NOW, this ___ day of _____, 2018, upon consideration of the foregoing Certification of Default of Six-Month Stipulation Resolving Motion for Relief from the Automatic Stay, it is hereby ORDERED, ADJUDGED AND DECREED, that relief from the automatic stay pursuant to 11 U.S.C. § 362 is granted as to the interest of Consumer Portfolio Services, Inc. in the 2012 Dodge Truck Grand Caravan Extended Passenger Van SXT 3.6L V6 VIN 2C4RDGCG5CR323838.

**Date: July 23, 2018**

_____
Hon. Ashely M. Chan
United States Bankruptcy Court Judge