```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
```

```
In re:                                                      Case No. 18-10837-amc
Darryl Jeffrey Thomas                                       Chapter 13
Kesia Maria Thomas
         Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: John              Page 1 of 1              Date Rcvd: Jul 23, 2018
                              Form ID: pdf900         Total Noticed: 6
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 25, 2018.
```
db/jdb         +Darryl Jeffrey Thomas,   Kesia Maria Thomas,    204 W. 23rd Street,   Chester, PA 19013-4930
14052374       +Consumer Portfolio Svc,   19500 Jamboree Road,   Irvine, CA 92612-2411
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Jul 24 2018 02:21:09     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 24 2018 02:20:38
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 24 2018 02:21:04     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jul 24 2018 02:26:30     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 4
```

```
               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 23, 2018 at the address(es) listed below:
```
              JEROME B. BLANK    on behalf of Creditor    OCWEN LOAN SERVICING, LLC paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Ocwen Loan Servicing, LLC paeb@fedphe.com
              KERI P EBECK    on behalf of Creditor    Consumer Portfolio Services, Inc. kebeck@bernsteinlaw.com,
               DMcKay@bernsteinlaw.com
              KEVIN G. MCDONALD    on behalf of Creditor    Global Lending Servicers LLC bkgroup@kmllawgroup.com
              ROBERT H. HOLBER    on behalf of Joint Debtor Kesia Maria Thomas rholber@holber.com
              ROBERT H. HOLBER    on behalf of Debtor Darryl Jeffrey Thomas rholber@holber.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 8
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>DARRYL JEFFREY THOMAS and<br>KESIA MARIA THOMAS,<br><br>  Debtors,<br><br>CONSUMER PORTFOLIO SERVICES, INC.<br><br>  Movant,<br><br>  v.<br><br>DARRYL JEFFREY THOMAS,<br>KESIA MARIA THOMAS, and<br>WILLIAM C. MILLER, Chapter 13 Trustee.<br><br>  Respondents. | Bankruptcy No. 18-10837-amc<br><br>Chapter 13<br><br>Related to Document Nos. 41 & 43 |

ORDER OF COURT

AND NOW, this ___ day of _____, 2018, upon consideration of the foregoing Certification of Default of Six-Month Stipulation Resolving Motion for Relief from the Automatic Stay, it is hereby ORDERED, ADJUDGED AND DECREED, that relief from the automatic stay pursuant to 11 U.S.C. § 362 is granted as to the interest of Consumer Portfolio Services, Inc. in the 2012 Dodge Truck Grand Caravan Extended Passenger Van SXT 3.6L V6 VIN 2C4RDGCG5CR323838.

**Date: July 23, 2018**
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. Ashely M. Chan
　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court Judge