# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-10837-AMC

DARRYL JEFFREY THOMAS
KESIA MARIA THOMAS
204 W. 23RD STREET

CHESTER, PA 19013-

    Debtor

## **CERTIFICATE OF SERVICE**

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    DARRYL JEFFREY THOMAS
    KESIA MARIA THOMAS
    204 W. 23RD STREET

    CHESTER, PA 19013-

Counsel for debtor(s), by electronic notice only.

    ROBERT H HOLBER
    41 EAST FRONT ST

    MEDIA, PA 19063

Date: 10/25/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee