IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
    DARRYL J. THOMAS              :     No. 18-10837
    KESIA M. THOMAS               :
                                           :
                                           :
        Debtor(s)                 :     Chapter 13

<u>PRAECIPE TO WITHDRAW OBJECTION TO PROOF OF CLAIM NO. 5 OF
CONSUMER PORTFOLIO SERVICES</u>

TO THE CLERK:

      Kindly withdraw the Objection To Proof of Claim No. 5 Of Consumer Portfolio Services regarding the above mentioned Debtor.

                                                    _____
                                                    Robert H. Holber, Esquire
                                                    Counsel for Debtor