IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: DARRYL JEFFREY THOMAS  : CHAPTER 13
      KESIA MARIA THOMAS  :
                                :
              Debtor(s)  : BANKRUPTCY NO. 18-10837

## CERTIFICATION OF SERVICE

I, Robert H. Holber, Esquire, Counsel for Debtor (s), hereby certify that I served a copy of the Amended Chapter 13 Plan upon the U.S. Trustee's Office, William C. Miller, Esquire, Chapter 13 Trustee, Debtor(s), Darryl Jeffrey & Kesia Maria Thomas , and all secured and priority creditors by first-class mail, postage prepaid and/or electronic means on November 14, 2018.

Date: 11/14/18                    By: _____
                                                  Robert H. Holber, Esquire
                                                  Attorney for Debtor(s)