UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: KESIA MARIA THOMAS                    : CHAPTER 13
                                             :
                                             :
                    Debtor                   : BANKRUPTCY NO. 18-10837

PRE-CONFIRMATION CERTIFICATION
OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE
WITH 11 U.S.C. SECTION 1325(a)(6), 1325(a)(8) AND (a)(9)

        I, Kesia Maria Thomas,  Debtor, upon my oath according to law, hereby certify as follows
in connection with the confirmation hearing scheduled for April 24, 2018 in the above-referenced
case:

    1.      The above-named debtor will be able to make all payments under the plan and to
            comply with the plan.

    2.      The above -named debtor has paid all post petition amounts that are required to be
            paid under any and all Domestic Support Obligations.

    3.      The above-named debtor has filed all applicable Federal, state, and local tax
            returns, as required by 11 U.S.C.  Section 1308.

    4.      If the confirmation hearing date stated above is adjourned for any reason, and the
            information herein changes, an updated Certification will be provided to the
            standing trustee prior to any subsequent Confirmation hearing date.

    5.      If this Certification is being signed by counsel of debtor, counsel certifies that
            debtor was duly questioned about the statements in this Certification and supplied
            answers consistent with this Certification.


DATED: 4/4/18                          BY: _____
                                            Kesia Maria Thomas
                                            Debtor