United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Darryl Jeffrey Thomas  
Kesia Maria Thomas  
      Debtors

Case No. 18-10837-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: John     Page 1 of 1     Date Rcvd: May 17, 2019  
                             Form ID: trc     Total Noticed: 0

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****  
14228222        Consumer Portfolio Services P.O Box 57071 Irvine C  
       TOTALS: 1, * 0, ## 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2019        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2019 at the address(es) listed below:
       CORINNE SAMLER BRENNAN     on behalf of Creditor    Franklin Mint Federal Credit Union cbrennan@klehr.com, swenitsky@klehr.com  
       JACK K. MILLER     on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com, ecfemails@ph13trustee.com  
       JEROME B. BLANK     on behalf of Creditor    Ocwen Loan Servicing, LLC paeb@fedphe.com  
       JEROME B. BLANK     on behalf of Creditor    OCWEN LOAN SERVICING, LLC paeb@fedphe.com  
       KERI P EBECK     on behalf of Creditor    Consumer Portfolio Services, Inc. kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com  
       KEVIN G. MCDONALD     on behalf of Creditor    Global Lending Servicers LLC bkgroup@kmllawgroup.com  
       ROBERT H. HOLBER     on behalf of Joint Debtor Kesia Maria Thomas rholber@holber.com  
       ROBERT H. HOLBER     on behalf of Debtor Darryl Jeffrey Thomas rholber@holber.com  
       THOMAS YOUNG.HAE SONG     on behalf of Creditor    Ocwen Loan Servicing, LLC paeb@fedphe.com  
       United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
       TOTAL: 11

**2100 B (12/15)**

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 18-10837-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Darryl Jeffrey Thomas
204 W. 23rd Street
Chester PA 19013

Kesia Maria Thomas
204 W. 23rd Street
Chester PA 19013

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/16/2019.

Name and Address of Alleged Transferor(s):

Claim No. 5: Consumer Portfolio Services P.O Box 57071 Irvine C

Name and Address of Transferee:

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   05/19/19

Tim McGrath
**CLERK OF THE COURT**