UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DARRYL JEFFREY THOMAS      Chapter 13
KESIA MARIA THOMAS

     Debtor      Bankruptcy No. 18-10837-AMC

## Order Dismissing Chapter 13 Case and
## Directing Counsel to File Master Mailing List

**AND NOW**, this __9th__ day of __October__, 201_9_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: October 9, 2019**

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ROBERT H HOLBER
41 EAST FRONT ST

MEDIA, PA 19063


Debtor:
DARRYL JEFFREY THOMAS
KESIA MARIA THOMAS
204 W. 23RD STREET

CHESTER, PA 19013-