```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
In re:                                                              Case No. 18-10837-amc
Darryl Jeffrey Thomas                                               Chapter 13
Kesia Maria Thomas
       Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Randi                Page 1 of 2              Date Rcvd: Oct 09, 2019
                              Form ID: pdf900            Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 11, 2019.
db/jdb         +Darryl Jeffrey Thomas,    Kesia Maria Thomas,    204 W. 23rd Street,    Chester, PA 19013-4930
14052374       +Consumer Portfolio Svc,   19500 Jamboree Road,    Irvine, CA 92612-2411
14052375       +Credit Acceptance,    P.O. Box 5070,    Southfield, MI 48086-5070
14052377       +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
14183854       +Franklin Mint Federal Credit Union,    c/o CORINNE SAMLER BRENNAN,
                 Klehr Harrison Harvey Branzburg LLP,    1835 Market Street, Suite 1400,
                 Philadelphia, PA 19103-2945
14104543       +Global Lending Servicers LLC,    c/o KEVIN G. MCDONALD,    KML LAW GROUP, P.C.,
                 701 Market St. Suite 5000,   Philadelphia, PA 19106-1541
14052383       +Law Office of Robert H. Holber, P.C.,    41 East Front Street,    Media, PA 19063-2911
14052385       +NCB Managment Service,   1 Allied Drive,    Trevose, PA 19053-6945
14086479        OCWEN LOAN SERVICING, LLC,    Bankruptcy Department, P.O. BOX 24605,
                 WEST PALM BEACH FL 33416-4605
14054958       +OCWEN LOAN SERVICING, LLC,    c/o JEROME B. BLANK,    Phelan Hallinan & Schmieg LLP,
                 1617 JFK Boulevard,   Philadelphia, PA 19103-1821
14052386       +Ocwen Loan Servicing,    12650 Ingenuity Drive,    Orlando, FL 32826-2703
14277709       +PHH Mortgage Corporation,    Bankruptcy Department,    1 Mortgage Way, Mail Stop SV-22,
                 Mt. Laurel, NJ 08054-4637
14052387        U S Dept Of Ed/gsl/atl,    Po Box 4222,   Iowa City, IA 52244
14055323       +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
                 Washington, DC 20410-0002
14166995        US Department of Education,    PO Box 16448,   St. Paul, MN 55116-0448
14052389       +Uas/wumain,    1 University Place,   Chester, PA 19013-5700
14079046       +Widener University,    Collection Office,    One University Place,    Chester PA 19013-5700
14264263       +Widener University,    Perkins Loan Office,    One University Place,    Chester, PA 19013-5700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Oct 10 2019 03:20:07     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA   19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 10 2019 03:19:51
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA   17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 10 2019 03:19:59     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 10 2019 03:28:47
                 PRA Receivables Management LLC,    POB 41067,   Norfolk, VA 23541-1067
cr             +E-mail/PDF: gecsedi@recoverycorp.com Oct 10 2019 03:28:43     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14052378        E-mail/Text: creditsolutiongroup@fmfcu.org Oct 10 2019 03:19:36     Franklin Mint Fcu Il,
                 5 Hillman Dr Ste 100,    Chadds Ford, PA 19317
14052376       +E-mail/Text: bnc-bluestem@quantum3group.com Oct 10 2019 03:20:09     Fingerhut,
                 Fingerhut Credit Account Srvcs.,    P.O. Box 1250,   St. Cloud, MN 56395-1250
14052379       +E-mail/PDF: gecsedi@recoverycorp.com Oct 10 2019 03:28:44     GE Capital Bank,    P.O.Box 965024,
                 Orlando, FL 32896-5024
14052380        E-mail/Text: bankruptcy@glsllc.com Oct 10 2019 03:19:38     Global Lending Service,
                 1200 Brookfield Blvd,    Greenville, SC 29607
14058685        E-mail/Text: bankruptcy@glsllc.com Oct 10 2019 03:19:38     Global Lending Services LLC,
                 1200 Brookfield Blvd Ste 300,    Greenville, South Carolina 29603
14052381        E-mail/Text: cio.bncmail@irs.gov Oct 10 2019 03:19:41     I.R.S,    P.O Box 7346,
                 Phila., PA   19101-7346
14052382        E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 10 2019 03:19:56     Jefferson Capital Syst,
                 16 Mcleland Road,    Saint Cloud, MN 56303
14092238        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 10 2019 03:28:15
                 LVNV Funding, LLC its successors and assigns as,    assignee of North Star Capital,
                 Acquisition LLC,   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14052384       +E-mail/Text: bankruptcydpt@mcmcg.com Oct 10 2019 03:19:52     Midland Funding,
                 2365 Northside Drive, Ste 30,    San Diego, CA 92108-2709
14056764        E-mail/PDF: cbp@onemainfinancial.com Oct 10 2019 03:28:08     ONEMAIN,    PO BOX 3251,
                 EVANSVILLE, IN. 47731-3251
14326398        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 10 2019 03:28:47
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
14052689       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 10 2019 03:28:08
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 17

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14228222       Consumer Portfolio Services P.O Box 57071 Irvine C
```

```
District/off: 0313-2           User: Randi                  Page 2 of 2                   Date Rcvd: Oct 09, 2019
                               Form ID: pdf900              Total Noticed: 35

14052388*         U S Dept Of Ed/gsl/atl,    P.O. Box 4222,    Iowa City, IA 52244
                                                                                          TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2019                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 9, 2019 at the address(es) listed below:
              CORINNE SAMLER BRENNAN    on behalf of Creditor    Franklin Mint Federal Credit Union
               cbrennan@klehr.com,   swenitsky@klehr.com
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              JEROME B. BLANK    on behalf of Creditor    Ocwen Loan Servicing, LLC paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    OCWEN LOAN SERVICING, LLC paeb@fedphe.com
              KERI P EBECK    on behalf of Creditor    Consumer Portfolio Services, Inc. kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              KEVIN G. MCDONALD    on behalf of Creditor    Global Lending Servicers LLC bkgroup@kmllawgroup.com
              ROBERT H. HOLBER    on behalf of Debtor Darryl Jeffrey Thomas rholber@holber.com
              ROBERT H. HOLBER    on behalf of Joint Debtor Kesia Maria Thomas rholber@holber.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Ocwen Loan Servicing, LLC paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 11
```

# UNITED STATES BANKRUTPCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DARRYL JEFFREY THOMAS            Chapter 13
KESIA MARIA THOMAS

           Debtor            Bankruptcy No. 18-10837-AMC

## Order Dismissing Chapter 13 Case and
## Directing Counsel to File Master Mailing List

    **AND NOW**, this __9th__ day of __October__, 2019, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

    **ORDERED**, that any wage orders are hereby vacated.

**Date: October 9, 2019**

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ROBERT H HOLBER
41 EAST FRONT ST

MEDIA, PA 19063


Debtor:
DARRYL JEFFREY THOMAS
KESIA MARIA THOMAS
204 W. 23RD STREET

CHESTER, PA 19013-